ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-25CR-054-L |
| EVIN GEOVANNY MATA-GUZMAN | |

### INDICTMENT

The Grand Jury charges:

Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a)]

On or about December 1, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Evin Geovanny Mata-Guzman**, an alien, was found in the United States after having been deported and removed therefrom on or about March 13, 2019, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a).

Indictment—Page 1

A TRUE BILL:

_Suzanne Chatham_
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_Madeleine Case_
MADELEINE S. CASE
Assistant United States Attorney
Texas Bar No. 24125166
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8805
Madeleine.Case@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**EVIN GEOVANNY MATA-GUZMAN**

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

Suzanne Chatham
FOREPERSON

DALLAS

Filed in open court this 19th day of February, 2025.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending